# EXHIBIT A



**American Dairy Queen Corporation**

<u>NOTICE OF TERMINATION OF FRANCHISES</u>

January 30, 2025

CERTIFIED MAIL RETURN RECEIPT REQUESTED
  & EMAIL: mdaniels@mimiscafe.com

PROJECT LONESTAR, INC.
Elite Restaurant Group, Inc.
Elite Ltd. / Michael J. Nakleh
466 Foothill Blvd. #356
La Canada, CA 91011-3518

Re:   Termination of Multiple Project Lonestar Restaurants

Dear Licensee:

American Dairy Queen Corporation ("ADQ") sent you separate Notices of Default for failing to comply with your DAIRY QUEEN® franchise agreements outlined on the attached Exhibit (collectively, the "Agreements").  The Notices of Default explained that you had failed to operate and maintain your restaurants (collectively, the "Restaurants") in accordance with ADQ's building, equipment and signage requirements and maintenance schedules and/or that you had failed to modernize your restaurants as required by your Agreements (the "Defaults").  You failed to cure the Defaults within the Default Cure Periods, and ADQ had the right to terminate the Agreements.

You then entered into a Mutual Cancellation and Release dated September 24, 2024 (the "Mutual Cancellation") which allowed you to defer termination of the Agreements and gave you the opportunity to sell the business assets for each Restaurant. You failed to meet the requirements of the Mutual Cancellation for these Restaurants, because you did not identify a buyer for each of them within the required timeline.  In addition, you did not submit when due all Store Monthly Reports (SMRs) and accompanying fees during the term of the Mutual Cancellation as required.

The license and other rights granted to you under the Agreements and any other agreements you may have with ADQ are terminated effective as of the date of this letter ("Termination Date"), for these Restaurants only, based on your failure to meet the requirements of the Mutual Cancellation. <u>Note that this terminates only your rights to operate these Restaurants. Your Agreements remain in effect for any other locations currently being operated under the Agreements or not included on the Exhibit.</u>

Effective immediately, ADQ requires that you cease operating the Restaurants as DQ® businesses and complete the following post-termination obligations:

- Within 10 days after the Termination Date, submit all outstanding Store Monthly Reports and pay all fees and any other amounts due for these franchises that accrue before the last day of business for each of the Restaurants including, but not limited to, Children's Miracle Network contributions. Please contact Senior Collections Analyst Sheila Ricci if you have any questions about any outstanding amounts that may be due on your account for these Restaurants.

- Within 20 days after the Termination Date, remove from each of the premises all signage, point-of-sale material, manuals, copyrighted photography, and materials and imprinted merchandise that bear any of ADQ's trademarks.

- Pursuant to many of your Agreements and as shown on the Attachment, you are obligated to pay a Termination Fee to ADQ within 30 days after the Termination Date. We have calculated the total amount due for all Restaurants to be **$1,599,244.00**.

- Discontinue the use of all trademarks, service marks, and trade names, as well as all other derivative trademarks, service marks, and trade names of ADQ for these Restaurants.

- Remove all proprietary products and ingredients from these Restaurants.

- Remove any computer software you may have which uses any of ADQ's trademarks and designs relating to the Restaurants.

- Remove from the Internet any web sites which use any of ADQ's trademarks and designs relating to these Restaurants and cancel all domain names you have that include any of our trademarks.

- If you have a DQ® mobile app, you must remove it from any App Store.

- If you have any agreements with your beverage supplier or other suppliers for your Restaurants, you will be responsible for satisfying all obligations you may have under your agreements with those suppliers.

- It is your responsibility to contact First Data to deactivate your gift card account and Merchant ID with them. **You can reach the First Data Help Desk at 1-866-874-7901.**

- The post-termination obligations include a non-compete provision which is outlined in Section 4.c of the Mutual Cancellation, and which ADQ will enforce for one year after the Termination Date. This obligation survives the termination of the Restaurants.

Be aware that your Agreements for these Restaurants are terminated and there is no opportunity to relocate, sell, transfer, or assign the franchises.

Sincerely,

AMERICAN DAIRY QUEEN CORPORATION

*Cynthia M. Klaus*

Cynthia M. Klaus
Associate General Counsel
952/830-0313
Email:  Cyndi.Klaus@idq.com

cc:   David Yerushalmi (david.yerushalmi@verizon.net)
      David Giacone       Charlie Dyer         Tim Oualline
      Jeff Barnhart       Brad Cleveland       George ElQasses
      Don Packard         Sara Broze           Serena Tritschler
      Janine Diedrich     Sheila Ricci         Michael Nienaltowski
      Abbie Weeks

Certified Number: 9414811206206406077684

EXHIBIT A
Notice of Termination of Franchises
January 29, 2025

| Store# | City, State | Address | Contract & Date | Termination Section | Termination Fee |
|---|---|---|---|---|---|
| 13384 | Pflugerville, TX | 1701 W Pecan St | DAIRY QUEEN® Operating Agreement May 21, 1993 | N/A | $0 |
| 13889 | Buna, TX | 34250 US Hwy 96 S | DAIRY QUEEN® Operating Agreement January 1, 1998 | 12.C | $53,507 |
| 13896 | Canadian, TX | 301 N 2nd St | DAIRY QUEEN® Operating Agreement June 1, 1987 | N/A | $0 |
| 13902 | Carthage, TX | 1001 E Sabine St | DAIRY QUEEN® Operating Agreement June 1, 1994 | N/A | $0 |
| 13919 | Cleveland, TX | 515 S Washington Ave | DQ® Operating Agreement October 1, 2009 | 13.B.4 | $89.588 |
| 14004 | Dayton, TX | 104 Hwy 90 East | DAIRY QUEEN® Operating Agreement January 1, 1998 | 12.C | $41,738 |
| 14024 | Diboll, TX | 202 N Temple Dr | DAIRY QUEEN® Operating Agreement January 1, 1998 | 12.C | $38,554 |
| 14077 | Farmers Branch, TX | 2421 Valwood Pkwy | DAIRY QUEEN® Operating Agreement December 31, 2007 | 13.B.4 | $89,341 |
| 14127 | Franklin, TX | 304 E US Hwy 79 | DQ® Operating Agreement December 1, 2008 | 13.B.4 | $85,875 |
| 14135 | Fritch, TX | 609 W Broadway St | DQ® Operating Agreement December 1, 2008 | 13.B.4 | $104,643 |
| 14203 | Hereford, TX | 801 E Park Ave | DQ® Operating Agreement December 1, 2008 | 13.B.4 | $103,253 |
| 14276 | Huffman, TX | 24022 E Lake Houston Pkwy | DAIRY QUEEN® Operating Agreement January 1, 1998 | 12.C | $60,924 |
| 14281 | Huntsville, TX | 602 Interstate 45 S | DQ® Operating Agreement October 1, 2009 | 13.B.4 | $102,287 |
| 14286 | Idalou, TX | 108 Chestnut St | DQ® Operating Agreement December 1, 2008 | 13.B.4 | $102,622 |
| 14299 | Hillsboro, TX | 1509 Corsicana Hwy | DQ® Operating Agreement October 26, 2011 | 13.B.4 | $90,114 |

| 14361 | Longview, TX | 4101 Gilmer Rd | DAIRY QUEEN® Franchise and License Agreement September 23, 1975 | N/A | $0 |
|---|---|---|---|---|---|
| 14440 | Nacogdoches, TX | 3121 North St | DQ® Operating Agreement October 1, 2009 | 13.B.4 | $74,331 |
| 14456 | Olton, TX | 1612 US Hwy 70 W | DQ® Operating Agreement December 1, 2008 | 13.B.4 | $84,077 |
| 14469 | Panhandle, TX | Hwy 60 E | DAIRY QUEEN® Operating Agreement June 1, 1987 | N/A | $0 |
| 14541 | Rusk, TX | 175 N Dickinson Dr | DQ® Operating Agreement October 1, 2009 | 13.B.4 | $65,602 |
| 14619 | Sour Lake, TX | 345 Hwy 105 W | DQ® Operating Agreement October 1, 2009 | 13.B.4 | $71,996 |
| 14657 | Tomball, TX | 14421 FM 2920 Rd | DQ® Operating Agreement December 1, 2008 | 13.B.4 | $150,914 |
| 14697 | Waskom, TX | 580 N Interstate 20 E | DAIRY QUEEN® Operating Agreement June 1, 1994 | N/A | $0 |
| 42475 | Hewitt, TX | 200 Legacy Dr | DQ® Operating Agreement April 29, 2010 | 13.B.4 | $160,775 |
| 43885 | North Richland Hills, TX | 5441 Rufe Snow Dr | DQ® Operating Agreement September 12, 2014 | 13.B.4 | $118,689 |